BLANCHARD
*vs.*
MAURIN

**BLANCHARD *vs.* MAURIN.**

APPEAL FROM THE COURT OF THE SECOND JUDICIAL DISTRICT, THE JUDGE
THEREOF PRESIDING.

Where the note sued on and annexed to the petition, is described as
bearing date in December, and the one offered in evidence, according
to the report of experts, shows the Roman numeral X, was used instead
of the word *December*: *Held*, to be properly admitted in evidence of the
plaintiff's demand, notwithstanding the objection of the defendant on the
ground of variance.

This is an action on a promissory note. The petition
described the note to be for the sum of six hundred and
fifty-two dollars, bearing ten per cent. interest from the 5th
of December, 1825, as will appear by the defendant's note
of that date, &c.; and he annexed said note for reference.
He prays judgment thereon.

The defendant pleaded a general denial.

On the trial the plaintiff offered the note sued on, in
evidence. The defendant objected, on the ground that there
was a material variance between this note and the one
declared on in the petition; the note now offered being dated
in November, 1821, or at least, not dated on the 5th Decem-
ber, 1825, and the court overruled the objection (after having
appointed experts, who reported on the date of said note) and
received it in evidence. The defendant took his bill of
exceptions.

Judgment was rendered for the amount of the note, and
interest; from which the defendant appealed.

The original note was sent up with the appeal, for the
inspection of the court.

*Nicholls*, for plaintiff.

1. The defendant not having formally denied his signature,
the debt was proved, and the demand of plaintiff fully
established.

2. The note is proved by experts, to be of the date alleged; there is no discrepancy or variance between it, as alleged and shown in evidence.

*Taylor*, for the defendant.

, *Martin*, *J.*, delivered the opinion of the court.

The defendant was sued on his promissory note, bearing interest at the conventional rate. He pleaded the general issue, and on judgment being rendered against him, he appealed.

On the trial of the cause in the District Court, the defendant objected to the introduction of the note sued on, in evidence, on the score of a variance between it and that described in the petition. The alleged variance is in regard to the date. The petition described the note as bearing date the 5th of December, 1825. The original note was annexed to the petition, and comes up with the record. The word December is not very legible. Experts were called on in the District Court, who reported the word December was intended. The note was received in evidence notwithstanding the objection of the defendant.

As the. case is presented, it appears to this court, the district-judge did not err in receiving the note in evidence. As the original was annexed to the petition, there could be no material variance or surprise. On inspection of the note, it appears the word *December* was written, as is not uncommon among the French inhabitants, with the Roman numeral X, instead of *December*. This is not plainly done, but it is the most correct; way of deciphering the date. Experts have reported so.

*Where the note sued on and annexed to the petition, is described as bearing date in December, and the one offered in evidence, according to the report of experts, shows the Roman numeral X, was used instead of the word December: Held, to be properly admitted in evidence of the plaintiff's demand, notwithstanding the objection of the defendant, on the ground of variance.*

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed, with costs.